PER CURIAM.
 

 AFFIRMED.
 
 Cf Lowe v. State,
 
 2 So.3d 21, 38 (Fla.2008) (“Because the Court found no fundamental error [on direct appeal], Lowe fails to demonstrate that counsel’s failure to object to the comments resulted in prejudice sufficient to undermine the outcome of the trial under
 
 Strickland [
 

 1
 

 ].”); Chandler v. State,
 
 848 So.2d 1031, 1046 (Fla.2003) (“Because Chandler could not show the comments were fundamental error on direct appeal, he likewise cannot show that trial counsel’s failure to object to the comments resulted in prejudice sufficient to undermine the outcome of the case under the prejudice prong of the
 
 Strickland
 
 test.”).
 

 SAWAYA, ORFINGER and LAWSON, JJ., concur.
 

 [1]
 

 .
 
 Strickland v. Washington,
 
 466 U.S. 668, 694, 104 S.Ct. 2052, 80 L.Ed.2d 674 (1984).